**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 14-cv-01990-REB-CBS

KERI BRENNEMAN,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation for Dismissal with Prejudice** [#35][1] filed February 11, 2015. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice** [#35] filed February 11, 2015, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with each party to pay its own attorney fees and costs.

Dated February 12, 2015, at Denver, Colorado.

                                            BY THE COURT:

                                            Robert E. Blackburn
                                            United States District Judge

---

[1] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.